UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>     -vs-<br>WILLIAM DAVID WHITE (1),<br>a/k/a William D. White, and<br>TOM DAVID WHITE (2),<br>a/k/a Tom D. White,<br>              Defendants. | NO.   CR-11-0094-WFN<br><br>ORDER GRANTING MOTION<br>TO DISMISS |

Before the Court is the Government's Motion to Dismiss the Indictment Against William David White (ECF No. 134) and Motion to Dismiss the Counts 1, 4, 5, and 6 for Defendant Tom David White (ECF No. 135). Both of these Motions were expedited. The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion to Dismiss the Indictment Against William David White, filed July 24, 2012, **ECF No. 134**, is **GRANTED**.

2. The Government's Motion to Dismiss the Counts 1, 4, 5, and 6 for Defendant Tom David White, filed July 24, 2012, **ECF No. 135**, is **GRANTED**.

3. The Government's Motions to Expedite, filed July 24, 2012, **ECF Nos. 136 & 137**, are **GRANTED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

ORDER GRANTING
MOTION TO DISMISS - 1

1   **DATED** this 25th day of July, 2012.

3                                                  s/ Wm. Fremming Nielsen
                                                 WM. FREMMING NIELSEN
4   07-24-12                                SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING
MOTION TO DISMISS - 2